**Opinion issued February 14, 2014**



In The

# Court of Appeals

For The

## First District of Texas

———————————

### NO. 01-14-00134-CV

———————————

### IN RE ADRIENE L. SIBLEY, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

On February 12, 2014, relator, Adriene L. Sibley, petitioned this Court for a writ of mandamus challenging a temporary restraining order entered by the trial court.* A temporary injunction hearing is scheduled for February 18, 2014, at 9:00 a.m. The temporary restraining order will expire by its terms on February 20, 2014.

---

\* The underlying case is *Seminole Pipeline Company LLC v. Adriene Sibley a/k/a Adriene Gail Lewis, Reginald Timothy Rossow, Sr., Winston James Rossow, Johnel Lewis, Donyll Dwayne Lewis, Dushay Demitric Lewis, and Lamont Deshawn Lewis*, cause number C150979, pending in the County Court at Law No. 3 of Brazoria County, Texas, the Honorable Jeremy Warren presiding.

The petition for a writ of mandamus is **denied**. *See Walker v. Packer*, 827 S.W.2d 833, 840 (Tex. 1992) ("mandamus will not issue where there is an adequate remedy by appeal"); TEX. R. CIV. P. 680 (temporary restraining order granted without notice "shall expire by its terms" within 14 days); TEX. CIV. PRAC. & REM. CODE § 51.014(a)(4) (authorizing interlocutory appeal from order granting temporary injunction).

Relator's "Motion for Emergency Stay and Motion for Review of Bond for Temporary Restraining Order," filed in conjunction with her petition for writ of mandamus, is **denied**.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Massengale and Huddle.